UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/2/06*

B&O MANUFACTURING, INC.,

        Plaintiff,

v.

KML CORPORATION,

        Defendant.    /

CASE NO. C06-01535 RMW RS

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☒ Private ADR *(please identify process and provider)* __Stuart L. Gasner, Keker & Van Nest LLP, 710 Sansome Street, San Francisco, CA 94111__

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☒ other requested deadline __120 days from the date of this order.__

Dated: July 14, 2006    RUTAN & TUCKER, LLP

        By: _____
        Paul E. Rice
        Attorneys for Plaintiff and Counterdefendant B&O Manufacturing, Inc.

Dated: July 14, 2006    COOPER, WHITE & COOPER LLP

        By: _____
        Peter C. Califano
        Attorneys for Defendant and Counterclaimant KML Corporation

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other – 120 days from the date of this order.

IT IS SO ORDERED.

Dated: 8/2/06                              /s/ Ronald M. Whyte
                                           _____
                                           Ronald M. Whyte
                                           UNITED STATES DISTRICT JUDGE