| | |
|---|---|
| 1<br>2<br>3<br>4 | Paul E. Rice (State Bar No. 062509)<br>RUTAN & TUCKER, LLP<br>Five Palo Alto Square<br>3000 El Camino Real, Suite 200<br>Palo Alto, California 94306<br>Telephone: 650-320-1500<br>Facsimile: 650-320-9905 |
| 5<br>6 | Attorneys for Plaintiff and Counter-Defendant<br>B&O MANUFACTURING, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/2/06*

| | |
|---|---|
| B&O MANUFACTURING, INC., | Case No. C06-01535 RMW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE DATE |
| vs. | |
| KML CORPORATION, | Case Management Conference: August 4, 2006 |
| Defendant. | Case Filed: February 28, 2006<br>Trial Date: Not Set |
| KML CORPORATION, | |
| Counter-Claimant, | |
| vs. | |
| B&O MANUFACTURING, INC., | |
| Counter-Defendant. | |

1. The Case Management Conference in this case is currently set for August 4, 2006 at 10:30 a.m.

2. This date conflicts with a scheduled vacation date of Plaintiff's counsel.

3. The parties, after checking with the Court clerk, have determined that August 25, 2006 at 10:30 a.m. is an acceptable date and time to continue the Case Management Conference.

-1-

4. The parties request that the Court continue the Case Management Conference to said date and time.

RUTAN & TUCKER, LLP

Dated: July 20, 2006

Paul E. Rice
Attorneys for Plaintiff and Counter-Defendant
B&O MANUFACTURING, INC.

COOPER, WHITE and COOPER, LLP

Dated: July 20, 2006

Peter Califano
Attorneys for Defendant and Counter-Claimant
KML CORPORATION

### ORDER

Good cause being shown, it is hereby ordered that the Case Management Conference in this case be continued to August 25, 2006 at 10:30 a.m.

Dated: 8/2/06

/s/ Ronald M. Whyte
Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

-2-