```
 1  COOPER, WHITE & COOPER LLP
    PETER C. CALIFANO (SBN 129043)
 2  201 California Street, 17th Floor
    San Francisco, California  94111
 3  Telephone:   (415) 433-1900
    Facsimile:    (415) 433-5530
 4  Email: pcalifano@cwclaw.com

 5  Attorneys for Defendant and Counter-Claimant
    KML CORPORATION
 6
    RUTAN & TUCKER, LLP
 7  PAUL E. RICE (SBN 062509)
    Five Palo Alto Square
 8  3000 El Camino Real, Suite 200
    Palo Alto, California  94306
 9  Telephone:   (650) 320-1500
    Facsimile:    (650) 320-9905
10  Email: price@rutan.com

11  Attorneys for Plaintiff and Counter-Defendant
    B&O MANUFACTURING, INC.
12
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

[San Jose Division]                              *E-FILED - 10/18/06*

| | |
|---|---|
| B&O MANUFACTURING, INC., | CASE NO. C06-01535 RMW RS |
| Plaintiff, | **STIPULATION AND []** |
| vs. | **ORDER MODIFYING CASE SCHEDULING ORDER** |
| KML CORPORATION, | |
| Defendant. | |
| KML CORPORATION, | |
| Counterclaimant, | |
| vs. | |
| B&O MANUFACTURING, INC., | |
| Counterdefendant. | |

549177.1                                                    1                                              C06-01535 RMW RS
STIPULATION AND [] ORDER MODIFYING CASE SCHEDULING ORDER

1    Defendant and Counter-Claimant KML Corporation and Plaintiff and Counter-Defendant
2 B&O Manufacturing, Inc., pursuant to Local Rules 6.1(b) and 6.2, stipulate and request a modification
3 of the Case Scheduling Order as follows:
4    1.   According to the Case Scheduling Order entered in this case, the last day to complete
5 private mediation is November 30, 2006.
6    2.   The start of discovery and other preparation for the mediation session was delayed
7 approximately one month due to the unavailability of B&O's attorney due to a family emergency. The
8 parties have agreed and now are in the process of moving the mediation session from November 16,
9 2006 to a time in mid-December 2006.  The only other time modification in this case was a short
10 continuance of the initial Case Management Conference.
11    3.   The delay in completing the mediation session will not otherwise affect the remaining
12 deadlines scheduled in this case.
13    4.   Therefore, the parties request that the last day to complete private mediation be
14 continued through the close of business on December 29, 2006.

Respectfully submitted,

DATED: October 13, 2006               COOPER, WHITE & COOPER LLP


                                      By:    /s/ Peter C. Califano
                                             Peter C. Califano
                                             Attorneys for Defendant and Counter-Claimant
                                             KML CORPORATION


DATED: October 13, 2006               RUTAN & TUCKER, LLP


                                      By:    /s/ Paul E. Rice
                                             Paul E. Rice
                                             Attorneys for Plaintiff and Counter-Defendant
                                             B&O MANUFACTURING, INC.


**ORDER**

Good cause being shown, it is hereby ordered that the Case Scheduling Order in this matter be
modified to extend the last day to complete a private mediation session from November 30, 2006

1  through December 29, 2006.  Except as modified, all other deadlines set forth in the Case Scheduling
2  Order remain unchanged.
3  DATED:  October  18, 2006

/s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE
Judge of the United States District Court