1  RICE & BRONITSKY
   Paul E. Rice (State Bar No. 062509)
2  350 Cambridge Avenue, Suite 200
   Palo Alto, CA 94306-9814
3  Telephone:  650-289-9088
   Facsimile:  650-289-9093
4
5  Attorneys for Plaintiff and Counter-Defendant
   B&O MANUFACTURING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

*E-FILED - 3/26/07*

| | |
|---|---|
| B&O MANUFACTURING, INC., | Case No. C06-01535 RMW |
| Plaintiff, | **STIPULATION TO DISMISSAL** |
| v. | AND ORDER |
| KML CORPORATION, | |
| Defendant. | |
| KML CORPORATION, | |
| CounterClaimant, | |
| v. | |
| B&O MANUFACTURING, INC., | |
| CounterDefendant, | |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff and CounterDefendant, B&O MANUFACTURING, INC., and Defendant and CounterClaimant, KML CORPORATION, by and through their respective counsel of record, hereby stipulate to dismissal of the above-captioned action with prejudice and in its entirety, each party to bear their own fees and costs.

IT IS SO STIPULATED:

1

STIPULATION TO DISMISSAL

1  ///
2  ///
3  Dated: March 23, 2007

                                        RICE & BRONITSKY,

                                        By: _____
                                              Paul E. Rice

                                        Attorneys for Plaintiff and CounterDefendant
                                        B&O Manufacturing, Inc.

10 Dated: March 23, 2007

                                        Cooper, White & Cooper LLP

                                        By: _____
                                              Peter C. Califano

                                        Attorneys for Defendant and
                                        CounterClaimant KML Corporation

18  Good cause being shown, it is so ORDERED.

19  Dated: March 26, 2007

                                        *Ronald M. Whyte*
                                        _____
                                        Ronald M. Whyte
                                        United States District Judge

RICE & BRONITSKY
350 Cambridge Avenue, Suite 200
Palo Alto, CA 94306
(650) 289-9088

---

2

STIPULATION TO DISMISSAL